**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BRANDON DOMINIQUE TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2298-D |
| | ) | |
| USP POLLOCK STAFF, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff, a federal inmate appearing *pro se*, alleges that his constitutional rights were violated while imprisoned at the United States Penitentiary – Pollock (USP Pollock), which is located in Pollock, Louisiana. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C).

On September 29, 2026, Judge Erwin issued a Report and Recommendation [Doc. No. 4], in which he recommends the transfer of this action to the United States District Court for the Western District of Louisiana. Judge Erwin recommends transfer because the only named defendant is "USP Pollock Staff" and USP Pollock is located in the territorial jurisdiction of the Western District of Louisiana. [Doc. No. 4, at 2]. Judge Erwin further recommends that, although this matter is subject to dismissal, transfer is appropriate in the interest of justice. *See* 28 U.S.C. § 1406(a).

In his report, Judge Erwin informed Plaintiff of his right to object to the report on or before October 16, 2026, and that any failure to timely object waives the right to

appellate review of the factual and legal issues addressed therein. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review of the record and noting no timely objection to the findings and recommendations of Judge Erwin, the Court **ADOPTS** the Report and Recommendation [Doc. No. 4] in its entirety.

For the reasons stated therein, Plaintiff's action is **TRANSFERRED** to the United States District Court for the Western District of Louisiana for all further proceedings.

**IT IS SO ORDERED** this 3rd day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE